# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 13-cv-1110 |
| LEWIS MEYER JACOBS, | : | |
| | : | |
| Defendant. | : | CRIMINAL ACTION |
| | : | |
| | : | No. 11-cr-474-01 |
| | : | |

## ORDER

AND NOW, this 28th day of August, 2013, upon consideration of the Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 (ECF No. 21), and responses thereto, it is hereby ORDERED, for the reasons contained in the attached Memorandum, that the Motion is DENIED. Further, this Court will not issue a certificate of appealability, as, for the reasons contained in this Memorandum, the Petitioner has not made a substantial showing of the denial of a constitutional right.

In addition, upon consideration of the Petitioner's Motion to Proceed In Forma Pauperis (ECF No. 30), the Petitioner's Motion for Appointment of Counsel (ECF No. 29), and the Petitioner's Motion to Reduce his Sentence Pursuant to 18 U.S.C. § 3582(c) (ECF No. 33), it is hereby ORDERED that, for the reasons stated in the Memorandum, the Motion to Proceed In Forma Pauperis (ECF No. 30) is GRANTED and the remaining motions (ECF Nos. 29, 33) are DENIED.

Finally, upon consideration of the Government's Motions to

Dismiss the Habeas Petition (ECF Nos. 24, 32), it is hereby ORDERED that the Motions (ECF Nos. 24, 32) are DENIED AS MOOT in light of the denial of the petition.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.